**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 16, 2011**              Time:   16 minutes

**C-11-03572** CRB

    **ALBERT JOHN VINCENT  v.  DANIEL M. RESER**

Attorneys:     Daniel Feinberg, Richard Donahoo, Sacha Steinberger
                Ward Kallstrom, Ronald Kravitz, Kim Zeldin, Bradford Huss

Deputy Clerk: **BARBARA ESPINOZA**              Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                       **RULING:**

1. Initial Case Management Conference   Held

2.

3.

**ORDERED AFTER HEARING:**

 Matter referred to mediation.

( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____
( ) Referred to Magistrate Judge for:

(X) CASE CONTINUED TO April 6, 2012 @ 8:30 a.m.   for Further Case Management Conference

Discovery Cut-Off _____        Expert Discovery Cut-Off _____
Plntf to Name Experts by _____     Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for _____ days
                         Type of Trial:  ( )Jury    ( )Court

Notes: A supplemental case management statement due not less than seven days prior to the conference