```
 1  Ronald S. Kravitz, Esq. (SBN: 129704)
        rkravitz@linerlaw.com
 2  Kim Zeldin, Esq. (SBN: 135780)
        kzeldin@linerlaw.com
 3  LINER GRODE STEIN YANKELEVITZ
    SUNSHINE REGENSTREIF & TAYLOR LLP
 4  199 Fremont Street, 20th Floor
    San Francisco, CA 94105-2255
 5  Telephone: (415) 489-7700
    Facsimile:  (415) 489-7701
 6
    Attorneys for Defendant
 7  FIRST BANKERS TRUST SERVICES, INC.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT JOHN VINCENT, RAYMOND TORMASCHY, <br><br> Plaintiffs, <br><br> vs. <br><br> DANIEL M. RESER, FIDUCIARY SERVICES, INC. THE ESTATE OF JOEL P. SPEAR, LINDA SPEAR, FIRST BANKERS TRUST SERVICES, INC., the JOEL & LINDA SPEAR FAMILY TRUST, and SOUTHERN CALIFORNIA PIPELINE CONSTRUCTION, INC., <br><br> Defendants. | Case No. 3:11-cv-03572-CRB <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MEDIATION AND FURTHER CASE MANAGEMENT CONFERENCE DATE** |

Plaintiffs Albert John Vincent and Raymond Tormaschy (hereinafter collectively "Plaintiffs") and defendants First Bankers Trust Services, Inc., Daniel M. Reser, Fiduciary Services, Inc. The Estate Of Joel P. Spear, Linda Spear, the Joel & Linda Spear Family Trust, and Southern California Pipeline Construction, Inc. (hereinafter collectively "Defendants"), hereby agree to the following:

**WHEREAS**, at the Case Management Conference held on December 16, 2011, the Court referred this action to mediation through the Court's A.D.R. Services, and set a further Case Management Conference for April 6, 2012.

Case No. 3:11-cv-03572-CRB

STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION AND MEDIATION DATES

0093043/001/ 58330v01

1  **WHEREAS**, pursuant to Northern District of California Local Rule 16-8, the parties have conferred and elected to seek private mediation and have set the mediation of this action before Robert A. Meyer of Loeb & Loeb LLP on April 23, 2012;

4  **IT IS HEREBY STIPULATED AND AGREED** by and among the parties, by and through their respective counsels of record that:

6  1. The referral to Court mediation be cancelled and replaced with a referral to private mediation;

8  2. The Case Management Conference set for April 6, 2012 be continued by a period of approximately 30 days to allow completion of the mediation.

Dated: February 22, 2012                LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.


By: /s/ Daniel M. Feinberg
    Daniel M. Feinberg, Esq.
    Attorneys for Plaintiffs


Dated: February 22, 2012                DONAHOO & ASSOCIATES


By: /s/ Richard E. Donahoo
    Richard E. Donahoo, Esq.
    Attorneys for Plaintiffs


Dated: February 22, 2012                SEYFARTH SHAW LLP


By: /s/ D. Ward Kallstrom, Jr.
    D. Ward Kallstrom, Jr., Esq.
    Attorneys for Defendants
    DANIEL M. RESER and FIDUCIARY SERVICES, INC.

Dated: February 22, 2012          TRUCKER HUSS, APC

                                  By:  /s/ R. Bradford Huss
                                       R. Bradford Huss, Esq.
                                       Attorneys for Defendants
                                       THE ESTATE OF JOEL P. SPEAR and
                                       LINDA SPEAR
                                       and
                                       JOEL AND LINDA SPEAR FAMILY
                                       TRUST
                                       and
                                       SOUTHERN CALIFORNIA PIPELINE
                                       CONSTRUCTION

Dated: February 22, 2012          LINER GRODE STEIN YANKELEVITZ
                                  SUNSHINE REGENSTREIF & TAYLOR LLP


                                  By:  /s/ Kim Zeldin
                                       Ronald S. Kravitz
                                       Kim Zeldin
                                       Attorneys for Defendant
                                       FIRST BANKERS TRUST SERVICES, INC.


**IT IS SO ORDERED.**

The Case Management Conference set for April 6, 2012 is continued to ___May 4___, 2012 at __8:30__ a.m.

DATED: __February 23, 2012__

UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

3                                                     Case No. 3:11-cv-03572-CRB
STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION AND MEDIATION DATES

0093043/001/ 58330v01