DANIEL FEINBERG – CA State Bar No. 135983
Email: dfeinberg@lewisfeinberg.com
JULIA CAMPINS – CA State Bar No. 238023
Email: jcampins@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 - 9th Street
Oakland, CA 94607
Tel: (510) 839-6824
Fax: (510) 839-7839

RICHARD E. DONAHOO – CA State Bar No.: 186957
Email: rdonahoo@donahoo.com
JOSEPH K. JOHNSON – CA State Bar No. 263499
Email: jjohnson@donahoo.com
DONAHOO & ASSOCIATES
440 W. First Street, Suite 101
Tustin, California 92780
Tel: (714) 953-1010
Fax: (714) 953-1777

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALBERT JOHN VINCENT, *et al.*,<br><br>            Plaintiffs,<br><br>    vs.<br><br>DANIEL M. RESER, *et al.*,<br><br>            Defendants. | Case No. C11-03572<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**[Civil L.R. 6-2]** |

1  Plaintiffs Albert John Vincent and Raymond Tormaschy (hereinafter collectively
2  "Plaintiffs") and defendants Daniel M. Reser, Fiduciary Services, Inc., The Estate Of Joel P.
3  Spear, Linda Spear, the Joel & Linda Spear Family Trust, Southern California Pipeline
4  Construction, Inc., and First Bankers Trust Services, Inc., (hereinafter collectively
5  "Defendants"), hereby agree to the following:

6  WHEREAS at the Case Management Conference held on December 16, 2011, the Court
7  referred this action to mediation through the Court's A.D.R. Services, and set a further Case
8  Management Conference for April 6, 2012;

9  WHEREAS the parties elected private mediation with Robert Meyer of Loeb & Loeb,
10  and the first available date for all parties and the Mediator was April 23, 2011;

11  WHEREAS the parties stipulated to continue the further Case Management Conference
12  until after the Mediation and the Court by Order dated February 23, 2012 continued the further
13  Case Management Conference until May 4, 2012.

14  WHEREAS the parties participated in a Mediation on April 23, 2011;

15  WHEREAS Counsel for Plaintiffs are not available on May 4, 2012, but Counsel for all
16  parties are available on May 11, 2012;

17  **IT IS HEREBY STIPULATED AND AGREED** by and among the parties, by and
18  through their respective counsels of record that:

19  1. The Case Management Conference set for May 4, 2012 be continued to May 11,
20  2012.
21  2. The parties shall file a Further Case Management Conference Statement on or before
22  May 4, 2012.

23  \\
24  \\
25  \\
26  \\
27  \\
28  \\

|    |                         |                                                                 |
|----|-------------------------|-----------------------------------------------------------------|
| 1  |                         | Respectfully submitted,                                         |
| 2  | Dated: April 26, 2012   | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.                   |
| 4  |                         | By:  /s/                                                        |
|    |                         | Daniel Feinberg                                                 |
| 5  |                         | Attorneys for Plaintiffs                                        |
| 6  | Dated:  April 26, 2012  | DONAHOO & ASSOCIATES                                            |
| 8  |                         | By:   /s/                                                       |
|    |                         | Richard E. Donahoo, Esq.                                        |
| 9  |                         | Attorneys for Plaintiffs                                        |
| 11 | Dated:  April 26, 2012  | SEYFARTH SHAW LLP                                               |
| 13 |                         | By:   /s/                                                       |
|    |                         | D. Ward Kallstrom, Esq.                                         |
|    |                         | Attorneys for Defendants                                        |
| 14 |                         | DANIEL M. RESER and FIDUCIARY SERVICES, INC.                    |
| 16 | Dated:  April 26, 2012  | TRUCKER HUSS, APC                                               |
| 18 |                         | By:   /s/                                                       |
|    |                         | R. Bradford Huss, Esq.                                          |
| 19 |                         | Attorneys for Defendants                                        |
|    |                         | THE ESTATE OF JOEL P. SPEAR,                                    |
| 20 |                         | LINDA SPEAR,                                                    |
|    |                         | JOEL AND LINDA SPEAR FAMILY                                     |
| 21 |                         | TRUST, and                                                      |
|    |                         | SOUTHERN CALIFORNIA PIPELINE                                    |
| 22 |                         | CONSTRUCTION                                                    |
| 23 | Dated:  April 26, 2012  | LINER GRODE STEIN YANKELEVITZ SUNSHINE REGENSTREIF & TAYLOR LLP |
| 25 |                         | By:   /s/                                                       |
|    |                         | Ronald S. Kravitz                                               |
| 26 |                         | Kim Zeldin                                                      |
|    |                         | Attorneys for Defendant                                         |
| 27 |                         | FIRST BANKERS TRUST SERVICES, INC.                              |

STIPULATION RE: CMC
CASE NO. C11-03572                                Page 3

1 **IT IS SO ORDERED.**

2     The further Case Management Conference set for May 4, 2012 is continued to ~~May 11,~~

3 ~~2012 at 8:30 a.m.~~ June 29, 2012 at 8:30 a.m.

DATED: April 30, 2012

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*