DANIEL FEINBERG – CA State Bar No. 135983
Email: dfeinberg@lewisfeinberg.com
SACHA STEINBERGER – CA State Bar No. 253823
Email: ssteinberger@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 - 9th Street
Oakland, CA 94607
Tel: (510) 839-6824
Fax: (510) 839-7839

RICHARD E. DONAHOO CA State Bar No.: 186957
Email: rdonahoo@donahoo.com
JOSEPH K. JOHNSON, CA State Bar No. 263499
Email: jjohnson@donahoo.com
DONAHOO & ASSOCIATES
440 W. First Street, Suite 101
Tustin, California 92780
Tel: (714) 953-1010
Fax: (714) 953-1777

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| ALBERT JOHN VINCENT, *et al.*, | |
| Plaintiffs, | Case No. 3:11-cv-03572-CRB |
| v. | **REQUEST TO WITHDRAW AS COUNSEL; [PROPOSED] ORDER** |
| DANIEL M. RESER, *et al.*, | |
| Defendants | |

///
///
///
///
///

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2   PLEASE TAKE NOTICE that Sarah L. Kokonas has left the law firm of
3   Donahoo & Associates and has no further responsibility for handling of this action.
4   Richard E. Donahoo and Joseph K. Johnson of Donahoo & Associates, Daniel
5   Feinberg and Sacha Steinberger of Lewis, Feinberg, Lee, Renaker & Jackson, P.C.,
6   remain as attorneys for plaintiffs herein, Albert John Vincent and Raymond
7   Tormaschy.

8   Pursuant to U.S. District Court, Northern District of California, Local Rule 11-
9   5, it is hereby requested that Sarah L. Kokonas be permitted to withdraw as counsel
10  for plaintiffs, Albert John Vincent and Raymond Tormaschy, in the above-captioned
11  action.

13  Dated:  May 14, 2012                    Respectfully submitted,

14                                          DONAHOO & ASSOCIATES

16                                          By:_____
                                            RICHARD E. DONAHOO
17                                          JOSEPH K. JOHNSON
                                            Attorneys for Plaintiffs,
18                                          ALBERT JOHN VINCENT and
                                            RAYMOND TORMASCHY

1  [~~PROPOSED~~] ORDER

2  GOOD CAUSE APPEARING THEREFOR,

3  IT IS HEREBY ORDERED that Sarah L. Kokonas, California State Bar No. 262875, email: skokonas@donahoo.com, is removed as counsel for plaintiffs, ALBERT JOHN VINCENT and RAYMOND TORMASCHY in the above-entitled action.

Dated: May 25, 2012

JUDGE _____
DISTRICT

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA